United States District Court
Southern District of Texas
**ENTERED**
May 13, 2022
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| *versus* | § | Criminal No. 4:17−cr−00651 |
| | § | |
| Maria Angelica Moreno−Reyna | § | |

## ORDER APPOINTING COUNSEL

Because the Defendant, Maria Angelica Moreno−Reyna, has satisfied this court that (s)he is financially unable to employ counsel and does not wish to waive counsel, and because the interests of justice so require, an attorney is hereby **APPOINTED** to represent this person in the above designated case.

**Attorney appointed: Molly Bagshaw**

The appointment **SHALL** remain in effect until terminated or a substitute attorney is appointed or makes an appearance herein on behalf of the Defendant.

Signed on May 13, 2022.

Christina A. Bryan
United States Magistrate Judge