United States District Court
Southern District of Texas
**ENTERED**
August 29, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § § | CRIMINAL ACTION NO. 4:17-CR-00651-5 |
| vs. | § § § | JUDGE CHARLES ESKRIDGE |
| MARIA ANGELICA MORENO-REYNA, Defendant. | § § § § | |

# ORDER

The motion by Defendant Maria Angelica Moreno-Reyna for credit for time served is denied. Dkt 525.

Moreno-Reyna filed her motion *pro se*. But she is represented by counsel. Dkts 232 & 559. The Government sponsors four reasons for denial, all of which are correct. Dkt 596 at 2–11.

*First,* a criminal defendant represented by counsel may not make *pro se* filings. *United States v Jones*, 842 Fed Appx 878, 883 (5th Cir 2021), citing *Myers v Johnson*, 76 F3d 1330, 1335 (5th Cir 1996).

*Second,* any challenge to a sentence not yet imposed isn't ripe. See *Sample v Morrison*, 406 F3d 310, 312 (5th Cir 2005).

*Third,* a writ of *habeas corpus* after exhaustion of remedies with the Bureau of Prisons is the appropriate mechanism by which to seek credit for time served. See *Pack v Yusuff*, 218 F3d 448, 451 (5th Cir 2000); *United States v Garcia-Gutierrez*, 835 F2d 585, 586 (5th Cir 1988).

*And fourth,* the claim brought by Moreno-Reyna is meritless. See *Schmitt v United States*, 2018 WL 4102517,

*4 (SD Miss), citing, among other cases, *Harper v Showers*, 174 F3d 716, 719 (5th Cir 1999).

The motion is DENIED.

SO ORDERED.

Signed on August 29, 2022, at Houston, Texas.

Hon. Charles Eskridge
United States District Judge